UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEAN H. STUART, et al.,

    Petitioners,

v.                              CASE NO. 8:01-CV-793-T-17TBM

FIRST ASSOCIATED
SECURITIES GROUP, INC.,
et al.,

    Respondents.

_____/

ORDER

This cause is before the Court on:

Dkt. 38 Motion for Attorney's Fees
Dkt. 64 Order
Dkt. 65 Response

After consideration, the Court denies the Motion for Attorney's Fees without prejudice.

Petitioners submitted the issue of the award of attorney's fees to the Panel by their claim and Uniform Submission Agreement. In the Award, the Panel awarded sanctions but not attorney's fees.

In a case involving an award under the same statute, S. 517.301 and 517.07, <u>Florida Statutes</u>, 8:01-CV-2067-T-17MAP, Shields & Company v. Bright, the Court granted a request to modify the Panel's award as to the denial of attorney's fees and otherwise confirmed the Award. The Eleventh Circuit Court of appeals affirmed as to the Award, but reversed as to the Court's modification of the denial of attorney's fees.

Case No. 8:01-CV-793-T-17TBM

Petitioners have argued that by granting an award under Florida Statutes 517.301 and 517.07, the Panel implicitly and automatically invoked Florida Statute 517.211(6), providing for the award of reasonable attorney's fees. Petitioners argue that in the context of the statements made at the hearing, the Panel did not enter an order denying the request for attorney's fees.

Before the decision in the Shields & Company v. Bright case, the Court would have agreed with Petitioners. However, the issue of fees was submitted to the Panel. The Award contains a denial of all requests for relief not granted. The Court has remanded other issues to the Panel, and the Panel can also clarify its intent as to the award of attorney's fees. Accordingly, it is

**ORDERED** that the Motion for Attorney's Fees is **denied** without prejudice, and the Court **remands** this issue to the Panel for clarification.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 24th day of July, 2006.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record